# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

KENDRA K.,

|  | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
|  | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
|  | ) |

*Defendant*

## May 09, 2019

SEAN F. McAVOY, CLERK

Civil Action No.   2:18-CV-00226-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____

✔ other:   Plaintiff's Motion for Summary Judgment, ECF No. 16, is DENIED.
Defendant's Motion for Summary Judgment, ECF No. 17, is GRANTED.
Judgment is entered in favor of Defendant.

This action was *(check one)*:

❑ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❑ tried by Judge _____ without a jury and the above decision
was reached.

✔ decided by Judge   Mary K. Dimke _____ on motions for summary judgment.

Date:  May 9, 2019 _____

*CLERK OF COURT*

SEAN F. McAVOY _____

s/ Pam Howard _____
*(By) Deputy Clerk*

Pam Howard _____